

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00470-CV

Thanh Huu Nguyen and Anh Thi Tram Vo
v.
Joshua Kessler and Jessica Kessler

On Appeal from the
County Court at Law of Guadalupe County, Texas
Trial Cause No. 2019-CV-0009

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

January 21, 2021